

# Fourth Court of Appeals
## San Antonio, Texas

February 6, 2014

No. 04-14-00071-CV

**EX PARTE** Rudolfo **GARCIA** Jr.

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting: Catherine Stone, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice

On January 31, 2014, relator filed an original pro se petition for writ of habeas corpus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on February 6, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2001EM500717, styled *In the Interest of G.L.G., A Child*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Jim Rausch presiding.